UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
HON. PATRICK J. DUGGAN
CIVIL ACTION NO.05-71514-DT

RUBEN FILIUT,

       Plaintiff,

-v-

INSPECTOR APPLEGATE, ET.AL,

       Defendant(s).
_____/

ORDER DENYING PLAINTIFF'S MOTION FOR
RECONSIDERATION OF MOTION FOR APPOINTMENT OF COUNSEL

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County
of Wayne, State of Michigan on OCTOBER 28, 2005.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

The plaintiff has filed a Motion for Reconsideration of Motion for Appointment of Counsel. The Court concludes it would be premature to grant plaintiff's motion at this time. Should the Court determine that appointment of counsel is appropriate at some future time, plaintiff's motion may be reconsidered. Accordingly,

IT IS ORDERED that plaintiff's Motion for Reconsideration of Motion for Appointment of Counsel is DENIED.

                s/PATRICK J. DUGGAN
                UNITED STATES DISTRICT JUDGE

TO:
Ruben Filiut
#196495
301 Wadaga Rd.
Baraga MI 49908

Christine M. Campbell